NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-4600
        Facsimile: (213) 894-0115
        E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NBS Default Services, LLC, | Case No. SACV 18-00578 AG (KESx) |
| Plaintiff, | Judgment |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Based on the Stipulation to Distribute Interpleader Funds, and all other matters properly made part of the record:

**A. Payment of Proceeds**

The Orange County Superior Court shall distribute $66,047.79 in surplus funds on deposit from case number 30-2017-00950206-CU-OR-CJC by checks made payable and sent as follows:

| Party | Check Payee | Amount | Address |
|---|---|---|---|
| United States | United States Treasury | $39,906.64 | U.S. Attorney's Office – Tax Division<br>Federal Building<br>Attn: AUSA Gavin Greene<br>300 N. Los Angeles St., Room 7211<br>Los Angeles, CA 90012 |
| Paula Porras | Paula Porras | $22,697.57 | Olympia Law, P.C.<br>Attn: Steve Gohari<br>9480 S Eastern Ave., Ste 257<br>Las Vegas, NV 89123-8000 |
| Portfolio Recovery Associates, LLC | Portfolio Recovery Associates, LLC (Memo Ref. 930798) | $3,443.58 | Hunt & Henriques, Attorneys at Law<br>Attn: Donald Sherrill<br>151 Bernal Road Suite 8<br>San Jose, CA 95119-1306 |

///
///
///

As against each other, the parties will each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: June 28, 2018

_____
ANDREW J. GUILFORD
United States District Judge

Presented by:

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America